FILED
CLERK U.S. DISTRICT COURT
JUL 28 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>Steven Mendoza<br>    Defendant. | Case No. CR 96-00813 RMT<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed.R.Crim.P. 32.1(a)(6);<br>18 U.S.C. 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the <u>Central District of California</u> for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.  (✓)  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on <u>absence on background information + natured prior violations</u>

1
2
3
4    and/or
5  B. (✓)  The defendant has not met his/her burden of establishing by
6    clear and convincing evidence that he/she is not likely to pose
7    a danger to the safety of any other person or the community if
8    released under 18 U.S.C. § 3142(b) or (c). This finding is based
9    on: _defendant's prior record and nature of prior violations_
10
11
12
13
14    IT THEREFORE IS ORDERED that the defendant be detained pending
15   the further revocation proceedings.
16
17   Dated: July 28, 2008
18
19                                    _Carla M. Woehrle_
20                                    UNITES STATES MAGISTRATE JUDGE
21
22
23
24
25
26
27
28

2